SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
JAY T. RAMSEY, Cal Bar No. 273160
KEVIN MURPHY, Cal Bar No. 346041
RANA SALEM, Cal Bar No. 358050
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: ccardon@sheppard.com
jramsey@sheppard.com
kemurphy@sheppard.com
rsalem@sheppard.com

*Attorneys for Defendant*
Lulu & Georgia, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CORREIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LULU & GEORGIA, INC.,<br><br>Defendant. | Case No. 3:26-CV-01186-GPC-JLB<br><br>*Hon. Gonzalo P. Curiel*<br><br>**DEFENDANT LULU & GEORGIA, INC.'S ANSWER TO CLASS ACTION COMPLAINT**<br><br>Complaint Filed: February 24, 2026<br>Trial Date: Not Set |

Defendant Lulu & Georgia, Inc. ("Defendant" or "Lulu & Georgia"), by and through its undersigned counsel, hereby responds to Plaintiff's ("Plaintiff" or "Correia") Class Action Complaint ("Complaint").

## NATURE OF THE ACTION[1]

1. Defendant denies the allegations in Paragraph 1 of the Complaint.

2. Defendant admits that it is an interior home décor company and that customers can shop for and buy items through the Lulu & Georgia website. The link provided in footnote 1 speaks for itself. Except as expressly admitted, Defendant denies the allegations in Paragraph 2 of the Complaint.

3. Responding to Paragraph 3 of the Complaint, the screenshots speak for themselves but otherwise Defendant denies the allegations in Paragraph 3.

4. Responding to Paragraph 4 of the Complaint, the screenshot speaks for itself but otherwise Defendant denies the allegations in Paragraph 4.

5. Paragraph 5 of the Complaint contains mere legal argument and conclusions to which no response is required, and California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631(a) and 632 speak for themselves. To the extent that any further response is required, Defendant denies the allegations.

6. Defendant admits that Plaintiff purports to bring this action on behalf of herself and the "Class" described in Paragraph 84 of the Complaint and the "Subclass" described in Paragraph 85 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

---

[1] Although not necessary, Defendant reproduces the Complaint's headings for completeness. Such reproduction is not an admission or concession that such headings are factually or legally valid. For the avoidance of doubt, Defendant denies any allegations or purported factual assertions contained within each and every one of the headings.

## THE PARTIES

***Plaintiff***

7. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 7 of the Complaint, and on that basis, denies such allegations.

8. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 8 of the Complaint, and on that basis, denies such allegations.

9. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 9 of the Complaint, and on that basis, denies such allegations.

10. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 10 of the Complaint, and on that basis, denies such allegations.

11. Paragraph 11 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

12. Paragraph 12 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

13. Paragraph 13 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

14. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 14 of the Complaint, and on that basis, denies such allegations.

***Defendant***

15. Defendant admits the allegations in Paragraph 15 of the Complaint.

## JURISDICTION AND VENUE

16. Defendant admits that this Court has jurisdiction over this action. Except as expressly admitted, Defendant denies the allegations in Paragraph 16 of the Complaint.

17. Defendant admits that this Court has jurisdiction over this action. Except as expressly admitted, Defendant denies the allegations in Paragraph 17 of the Complaint.

18. Defendant admits that venue is proper in this District. Except as expressly admitted, Defendant denies the allegations in Paragraph 18 of the Complaint.

## FACTUAL ALLEGATIONS

### I. OVERVIEW OF GOOGLE'S TRACKING TOOLS

19. Defendant denies the allegations in the first sentence of Paragraph 19 of the Complaint. The remaining allegations in Paragraph 19 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 20 of the Complaint, and on that basis, denies such allegations.

21. The links provided in footnotes 2 and 3 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 21 of the Complaint, and on that basis, denies such allegations.

22. The link provided in footnote 4 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 22 of the Complaint, and on that basis, denies such allegations.

23. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 23 of the Complaint, and on that basis, denies such allegations.

24. Paragraph 24 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

25. The link provided in footnote 5 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 25 of the Complaint, and on that basis, denies such allegations.

26. As to the first through fourth sentences of Paragraph 26 of the Complaint, Defendant lacks sufficient knowledge or information to admit or deny the allegations and on that basis, denies them. The remaining allegations in Paragraph 26 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

27. Paragraph 27 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

28. The first sentence of Paragraph 28 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. The link provided in footnote 6 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 28 of the Complaint, and on that basis, denies such allegations.

29. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 29 of the Complaint, and on that basis, denies such allegations.

30. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 30 of the Complaint, and on that basis, denies such allegations.

31. The link provided in footnote 7 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 31 of the Complaint, and on that basis, denies such allegations.

32. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 32 of the Complaint, and on that basis, denies such allegations.

33. The links provided in footnotes 8 and 9 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 33 of the Complaint, and on that basis, denies such allegations.

34. The links provided in footnotes 10 and 11 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 34 of the Complaint, and on that basis, denies such allegations.

35. The link provided in footnote 12 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 35 of the Complaint, and on that basis, denies such allegations.

36. The link provided in footnote 13 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 36 of the Complaint, and on that basis, denies such allegations.

37. The link provided in footnote 14 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny

the remaining allegations in Paragraph 37 of the Complaint, and on that basis, denies such allegations.

38. The first sentence of Paragraph 38 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. The link provided in footnote 15 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 38 of the Complaint, and on that basis, denies such allegations.

39. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 39 of the Complaint, and on that basis, denies such allegations.

## II. OVERVIEW OF THE HUBSPOT TRACKING CODE

40. Defendant denies the allegations in the first sentence of Paragraph 40 of the Complaint. The remaining allegations in Paragraph 40 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

41. The link in footnote 16 speaks for itself. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 41 of the Complaint, and on that basis, denies such allegations.

42. The links provided in footnotes 17 and 18 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 42 of the Complaint, and on that basis, denies such allegations.

43. The first sentence of Paragraph 43 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 43 of the Complaint, and on that basis, denies such allegations.

44. As to the first sentence of Paragraph 44 of the Complaint, Defendant lacks sufficient knowledge or information to admit or deny the allegations and on that basis, denies them. The remaining allegations in Paragraph 44 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

45. Paragraph 45 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

46. The link in footnote 19 speaks for itself. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 46 of the Complaint, and on that basis, denies such allegations.

47. Paragraph 47 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

48. The first sentence of Paragraph 48 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 48 of the Complaint, and on that basis, denies such allegations.

49. The links provided in footnotes 20, 21, and 22 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 49 of the Complaint, and on that basis, denies such allegations.

50. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 50 of the Complaint, and on that basis, denies such allegations.

## III. OVERVIEW OF THE META PIXEL

51. Defendant denies the allegations in the first sentence of Paragraph 51 of the Complaint. The remaining allegations in Paragraph 51 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

52. The links provided in footnotes 23, 24, and 25 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 52 of the Complaint, and on that basis, denies such allegations.

53. The links provided in footnotes 26, 27, 28, and 29 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 53 of the Complaint, and on that basis, denies such allegations.

54. The links provided in footnotes 30, 31, 32, and 33 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 54 of the Complaint, and on that basis, denies such allegations.

55. The link provided in footnote 34 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 55 of the Complaint, and on that basis, denies such allegations.

56. The links provided in footnotes 35, 36, and 37 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 56 of the Complaint, and on that basis, denies such allegations.

57. The link provided in footnote 38 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny

the remaining allegations in Paragraph 57 of the Complaint, and on that basis, denies such allegations.

58. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 58 of the Complaint, and on that basis, denies such allegations.

59. Paragraph 59 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

60. Paragraph 60 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

61. The first sentence of Paragraph 61 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 61 of the Complaint, and on that basis, denies such allegations.

62. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 62 of the Complaint, and on that basis, denies such allegations.

63. Paragraph 63 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

64. The first sentence of Paragraph 64 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations. The links provided in footnotes 39, 40 and 41 speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 64 of the Complaint, and on that basis, denies such allegations.

65. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 65 of the Complaint, and on that basis, denies such allegations.

66. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 66 of the Complaint, and on that basis, denies such allegations.

67. The link provided in footnote 42 and the quote from it speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 67 of the Complaint, and on that basis, denies such allegations.

68. The links provided in footnotes 43, 44, and 45 and the quotes from them speak for themselves. Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 68 of the Complaint, and on that basis, denies such allegations.

## IV. LULU & GEORGIA ENABLES THE THIRD PARTIES' INTERCEPTION OF ITS WEBSITE USERS COMMUNICATIONS

69. Defendant denies the allegations in this Paragraph.

70. Paragraph 70 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

71. Paragraph 71 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

72. Figure 1 speaks for itself. The remaining allegations in Paragraph 72 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

73. Figure 2 speaks for itself. The remaining allegations in Paragraph 73 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

74. Figures 3 and 4 speak for themselves. The remaining allegations in Paragraph 74 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

75. Figure 5 and the quote from it speak for themselves. The remaining allegations in Paragraph 75 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

**III. SEARCH TERMS, PRODUCTS VIEWED, AND ITEMS BEING CHECKED OUT ARE COMMUNICATIONS.**

76. Paragraph 76 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

77. Paragraph 77 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

**VI. DEFENDANT CONTRAVENED PLAINTIFF AND CLASS MEMBERS' EXPLICIT INSTRUCTIONS TO NOT ALLOW TRACKING BY THIRD PARTIES ON THE WEBSITE.**

78. Defendant denies the allegations in Paragraph 78 of the Complaint.

79. Defendant denies the allegations in Paragraph 79 of the Complaint.

80. Figure 6 and the quote from it speak for themselves. Defendant admits that the website displays a cookie banner. The remaining allegations in Paragraph 80 of the Complaint are mere legal argument and conclusions to which no response is

required. To the extent that any further response is required, Defendant denies the allegations.

81. Figure 7 and the quotes from it speak for themselves. Defendant admits that the website displays a cookie banner. The remaining allegations in Paragraph 81 of the Complaint are mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

82. Paragraph 82 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

83. Defendant denies the allegations in Paragraph 83 of the Complaint.

## CLASS ACTION ALLEGATIONS

84. Defendant admits that Plaintiff purports to bring this action on behalf of herself and the "Class" described in Paragraph 84 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

85. Defendant admits that Plaintiff purports to bring this action on behalf of herself and the "Subclass" described in Paragraph 85 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

86. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 86 of the Complaint, and on that basis, denies such allegations.

87. Paragraph 87 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

88. Defendant admits that Plaintiff purports to exclude the persons and entities described in Paragraph 88 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

89. **Numerosity.** Paragraph 89 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

90. **Typicality.** Paragraph 90 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

91. **Adequacy.** Paragraph 91 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

92. **Common Questions of Law and Fact Predominate.** Paragraph 92 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

93. **Superiority.** Paragraph 93 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

## CLAIMS FOR RELIEF

## COUNT I

### Violation of The California Invasion of Privacy Act, Cal. Penal Code § 631

94. Defendant incorporates its responses to Paragraphs 1 through 93 herein.

95. Defendant admits that Plaintiff purports to bring this action on behalf of herself and the "Class" described in Paragraph 84 of the Complaint and the "Subclass" described in Paragraph 85 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

96. Paragraph 96 of the Complaint contains mere legal argument and conclusions to which no response is required, and CIPA, Cal. Penal Code § 631(a)

speaks for itself. To the extent that any further response is required, Defendant denies the allegations.

97. Paragraph 97 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

98. Paragraph 98 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

99. Paragraph 99 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

100. Defendant denies the allegations in Paragraph 100 of the Complaint.

101. Defendant denies the allegations in Paragraph 101 of the Complaint.

102. Defendant denies the allegations in Paragraph 102 of the Complaint.

103. Defendant denies the allegations in Paragraph 103 of the Complaint.

104. Defendant denies the allegations in Paragraph 104 of the Complaint.

## COUNT II

**Violation of The California Invasion Of Privacy Act, Cal. Penal Code § 632**

105. Defendant incorporates its responses to Paragraphs 1 through 104 herein.

106. Defendant admits that Plaintiff purports to bring this action on behalf of herself and the "Class" described in Paragraph 84 of the Complaint and the "Subclass" described in Paragraph 85 of the Complaint, but denies that any putative class is appropriate, legally cognizable, or certifiable.

107. Paragraph 107 of the Complaint contains mere legal argument and conclusions to which no response is required, and CIPA, Cal. Penal Code § 632(a) speaks for itself. To the extent that any further response is required, Defendant denies the allegations.

108. Paragraph 108 of the Complaint contains mere legal argument and conclusions to which no response is required. To the extent that any further response is required, Defendant denies the allegations.

109. Defendant denies the allegations in Paragraph 109 of the Complaint.

110. Defendant denies the allegations in Paragraph 110 of the Complaint.

111. Defendant denies the allegations in Paragraph 111 of the Complaint.

112. Defendant denies the allegations in Paragraph 112 of the Complaint.

113. Defendant denies the allegations in Paragraph 113 of the Complaint.

## PRAYER FOR RELIEF

Answering the "PRAYER FOR RELIEF" beginning with "WHEREFORE", including the subparts, Defendant denies each and every allegation contained therein and specifically denies that Plaintiff and Class Members are entitled to any relief whatsoever.

## DEMAND FOR JURY TRIAL

Defendant admits that Plaintiff purports to demand a jury trial on all claims so triable, but denies that any of Plaintiff's claims should go to a jury.

## AFFIRMATIVE DEFENSES

Without assuming a burden that it otherwise would not have, Defendant asserts the following defenses, affirmative or otherwise, in response to the claims asserted in the above-styled dispute. Defendant's investigation of facts and circumstances surrounding the subject matter of this dispute is ongoing; as such, Defendant reserves its right to amend, modify, revise, or supplement its Answer to the Class Action Complaint, and to plead such further defenses and take such further actions as it may deem proper and necessary in its defense upon the completion of said investigation, as well as discovery in this matter.

## FIRST AFFIRMATIVE DEFENSE

(Failure To State A Claim)

The Complaint fails to state facts sufficient to constitute a claim for relief against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

(Lack of Standing)

Plaintiff lacks standing to pursue her purported claims and/or seek the relief sought by the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

(Statute of Limitations)

The Complaint is barred by the applicable statute of limitations, including but not limited to, the one-year statute of limitations set forth in California Code of Civil Procedure section 340(a).

**FOURTH AFFIRMATIVE DEFENSE**

(Laches)

Defendant is informed and believes, and based thereon alleges, that the Complaint is barred by the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

(Estoppel)

Defendant is informed and believes, and based thereon alleges, that the Complaint is barred by the doctrine of estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

(Waiver)

Defendant is informed and believes, and based thereon alleges, that the Complaint is barred by the doctrine of waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

Defendant is informed and believes, and based thereon alleges, that the Complaint is barred by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

(Consent)

Defendant is informed and believes, and on that basis alleges, that the Complaint, and each purported cause of action alleged therein, is barred, in whole or in part because Plaintiff consented to the alleged acts.

**NINTH AFFIRMATIVE DEFENSE**

(Privilege and Justification)

The Complaint is barred on the ground that any and all acts alleged to have been committed by Defendant, or any of its agents or employees, (a) were committed in the exercise of good faith and with probable cause, (b) were reasonable, justified and privileged under the circumstances, and/or (c) did not violate the law, including California Penal Code sections 630, *et seq*.

**TENTH AFFIRMATIVE DEFENSE**

(Lack of Injury)

The Complaint is barred on the ground that Plaintiff has not been injured as a result of the matters alleged therein.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Due Process)

The Complaint is barred on the grounds that any award of statutory penalty against Defendant under California Penal Code §§ 637.2, 631, and 632 would violate the due process rights afforded Defendant under the United States Constitution and the California Constitution.

**TWELFTH AFFIRMATIVE DEFENSE**

(Equal Protection)

The Complaint is barred on the grounds that any award of statutory penalty against Defendant under California Penal Code §§ 637.2, 631, and 632 would violate the equal protection rights afforded Defendant under the United States Constitution and the California Constitution.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Excessive Fines)

The Complaint is barred on the grounds that any award of statutory penalty against Defendant under California Penal Code §§ 637.2, 631, and 632 would violate the prohibition against excessive fines afforded Defendant under the United States Constitution and the California Constitution.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Lack of Intent/Fault)

The Complaint is barred because Defendant lacked the requisite intent and was without fault.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Good Faith)

The Complaint is barred because Defendant acted in good faith.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(No Entitlement To Injunctive Relief)

The Complaint is barred to the extent that it seeks injunctive relief because Plaintiff is not entitled to any injunctive relief, and injunctive relief is inappropriate as a matter of law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Applicable Statutes Ambiguous)

The applicable statutes, including but not limited to those referenced in the Complaint, are ambiguous and unclear, and do not impart any notice on Defendant or others similarly situated that their conduct would constitute violation of the statutes.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

(No Authorization/Ratification)

Defendant is not liable under any cause of action asserted in the Complaint because Defendant did not engage in, authorize, or ratify any of the alleged conduct,

including any conduct that allegedly violated any law, including but not limited to, California Penal Code §§ 631(a) and 632.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

The Complaint is barred in whole or in part because Plaintiff failed to mitigate any damages caused by the alleged conduct.

**TWENTIETH AFFIRMATIVE DEFENSE**

(Exclusive Remedy of California Invasion of Privacy Act)

Insofar as Plaintiff seeks damages of any type for any conduct alleged in the Complaint, Plaintiff's claims are wholly or partially barred and/or preempted to the extent the California Invasion of Privacy Act provides the exclusive remedy for such injuries.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

(Provider of Electronic or Wire Communication Service)

Defendant is not liable under California Penal Code § 631(a) because Defendant is the provider of an electronic or wire communication service.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

(Additional Defenses)

Defendant reserves the right to plead further defenses pending discovery, if any, and to assert all other defenses which are available under the Federal Rules of Civil Procedure and all applicable statutes and laws.

WHEREFORE, Defendant prays for judgment and relief as follows:

That Plaintiff and the putative class take nothing by this action;

1. That a judgment of dismissal with prejudice be entered in favor of Defendant and against Plaintiff and the putative class;

2. That Defendant be awarded its costs of suit; and

3. That Defendant be awarded such other and further relief that the Court deems just, equitable, and proper.

Dated: August 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ P. Craig Cardon

P. CRAIG CARDON
JAY T. RAMSEY
KEVIN MURPHY
RANA SALEM

*Attorneys for Defendant*
Lulu & Georgia, Inc.